3.4.15
15 MJ 256

# FILED

## UNDER

# SEAL

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:15-mj-00256-VCF |
| vs. ) | |
| ) | **ORDER TO SEAL** |
| KELLY ANN MOGAVERO ) | |
| ) | |
| Defendant ) | |

Based on Government's Motion to Seal the Amended Affidavit in the above-captioned matter and good cause appearing, therefore,

IT IS SO ORDERED that the Complaint be sealed.

DATED this 4th day of March, 2015.

_____
United States Magistrate Judge