UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:15-cr-00074-JAD-NJK |
| vs. | ) | |
| KELLY ANN MOGAVERO, | ) | **ORDER RE: MOTION TO WITHDRAW** |
| Defendant. | ) | (Docket No. 29) |

Pending before the Court is Defendant's attorney's motion to withdraw. Docket No. 29. Any response shall be filed no later than April 29, 2015. The Court hereby **SETS** a hearing for May 1, 2015, at 2:00 p.m. in Courtroom 3B. Defendant and Defendant's counsel shall attend the hearing. Any new counsel retained by Defendant shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than April 24, 2015, Defendant's current counsel of record shall serve Defendant with this order that she appear and shall file a proof of service.

IT IS SO ORDERED.

DATED: April 22, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge