# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cr-00074-JAD-NJK |
| vs. ) | ORDER SETTING HEARING |
| KELLY ANN MOGAVERO, ) | (Docket No. 35) |
| Defendant. ) | |

Pending before the Court is Defendant's counsel's second motion to withdraw. Docket No. 35. The Court hereby sets the motion for hearing on May 20, 2015, at 10:30 a.m. in courtroom 3C. Defendant and her counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. Defendant's current counsel of record shall serve Defendant with this order that she appear and shall file a proof of service, no later than May 19, 2015.

IT IS SO ORDERED.

DATED: May 18, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge