**STIP**
**BRIAN J. SMITH, ESQ.**
State Bar Number 11279
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 380-8248
brian@bjsmithcriminaldefense.com
Attorney for MOGAVERO

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KELLY ANN MOGAVERO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:15-cr-0074-JAD-NJK <br><br> STIPULATION FOR 90-DAY <br> EXTENSION FOR SELF-SURRENDER |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS STIPULATED between the defendant KELLY ANN MOGAVERO through her attorney BRIAN J. SMITH, ESQ. and the United States of America, through SUSAN CUSHMAN, Assistant United States Attorney, that the self-surrender date of January 9, 2017 be extended 90 days.

BRIAN J. SMITH, ESQ.
State Bar Number 11279
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 380-8248

   */s/ Brian J. Smith, Esq.*
BRIAN J. SMITH, Esq.
State Bar Number 11279

## ARGUMENT

1. On October 24, 2016, this Court sentenced MOGAVERO to 46 months with a self-surrender date of January 9th, 2017 at FCI Tucson.
2. Since the date of sentencing, MOGAVERO has been diagnosed with breast cancer. She is scheduled to begin treatment on January 11, 2017.
3. MOGAVERO requests a 90-day extension to allow her to begin medical treatment.
4. The Government and defense agree to the requested extension.

DATED this 5th day of January, 2016

RESPECTFULLY SUBMITTED BY:

_/s/ Susan Cushman_  
SUSAN CUSHMAN  
Assistant United States Attorney

_/s/ Brian Smith_  
BRIAN SMITH  
Attorney for Defendant

## ORDER

**IT IS HEREBY ORDERED** that the date of self-surrender be extended 90-days. Defendant shall self-surrender by no later than the 10th day of April, 2017.

DATED this 5th day of January, 2017.

IT IS SO ORDERED:

_____  
UNITED STATES DISTRICT JUDGE