STIP
**BRIAN J. SMITH, ESQ.**
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for MOGAVERO

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY MOGAVERO,<br><br>Defendant. | Case No.: 2:15-cr-00074-JAD-NJK<br><br>STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE<br><br>(FIRST REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS STIPULATED between the defendant KELLY MOGAVERO through his attorney BRIAN J. SMITH, ESQ., and the United States of America, through SUSAN CUSHMAN, Assistant United States Attorney, that the hearing regarding revocation of supervised release currently scheduled for June 6, 2017, at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this court, but no event earlier than fourteen (14) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

    1.    There have been no previous continuances granted to the defense in this case.

    2.    Defense counsel was appointed on May 20, 2015.

    3.    The parties require more time to work towards a resolution of this matter.

    4.    The parties agree to the continuance.

5. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence.

6. Also, denial of this request or continuance would result in a miscarriage of justice.

7. For the above stated reasons, the parties agree that a continuance of the hearing date would best serve the ends of justice in this case.

8. This is the first request for a continuance on the hearing regarding revocation of supervised release in this case.

DATED this 5th day of June, 2017.

RESPECTFULLY SUBMITTED BY:

_____/s/ Susan Cushman_____      _____/s/ Brian J. Smith_____
SUSAN CUSHMAN      BRIAN J. SMITH
Assistant United States Attorney      Attorney for MOGAVERO

```
STIP
BRIAN J. SMITH, ESQ.
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for MOGAVERO
```

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:15-cr-00074-JAD-NJK |
| vs. | ) | STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE |
| KELLY MOGAVERO, | ) | |
| Defendant. | ) | (FIRST REQUEST) |

## FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The parties require more time to work towards a resolution of this matter.
2. This stipulation complies with General Order 2007-04.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence
2. Additionally, denial of this request for continuance would result in a miscarriage of justice.
3. This is the first request for a continuance.

**ORDER**

**IT IS ORDERED** that the revocation of supervised release currently scheduled for June 6, 2017, at the hour of 10:00 a.m., be vacated and continued to June 20, 2017 at the hour of 9:00 a.m.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/5/2017