JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KELLY ANN MOGAVERO,<br><br>          Defendant. | Case No. 2:15-CR-00074-JAD-NJK<br><br>**Stipulation To Continue Supervised Release Revocation Hearing**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Benjamin F. Nemec, Assistant Federal Public Defender, counsel for Kelly Ann Mogavero, ("Mogavero"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for December 27, 2023 at 2:30 p.m., be continued and reset to a date and time convenient to this Court, but not sooner than 60 days from the current hearing date for the following reasons:

1.      On or about November 29, 2023, Mogavero appeared on the petition seeking to revoke her supervised release and was released on conditions, including home

confinement with electronic monitoring pending a the supervised release revocation hearing, which is currently scheduled for December 27, 2023 at 2:30 p.m..

2.      Government counsel is going to be out of the District on the current December 27th hearing date.

3.      The parties have agreed to continue the supervised release revocation hearing for at least 60 days. Mogavero is under investigation by the FBI for a Covid-19 Relief Funds violation. Mogavero has retained counsel, Mace Yampolsky, Esq., in connection with the fraud matter. The parties have agreed to try to negotiate a global resolution to include the revocation violations and the fraud matter. Assistant Federal Public Defender Nemec has requested access to the discovery in the fraud case and will need additional time to review it before attempting to negotiate the case.

4.      If an agreement cannot be reached, the parties will need additional time to adequately prepare for the revocation hearing.

5.      The defendant is at liberty and will not be unduly prejudiced by the brief delay requested herein.

6.      The parties agree to the continuance.

7.      The additional time requested herein is not sought for purposes of delay, but merely to allow the government continuity of counsel and sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by

/ / /
/ / /
/ / /

2

granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

8.     This is the first stipulation to continue the hearing.

DATED this 15th day of December, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney


*/s/ Benjamin F. Nemec*
By_____
Benjamin F. Nemec
Assistant Federal Public Defender

*/s/ Kimberly M. Frayn*
By_____
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00074-JAD-NJK |
|        Plaintiff, | **Findings of Fact, Conclusions of Law and Order** |
|     v. | |
| KELLY ANN MOGAVERO, | |
|        Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     On or about November 29, 2023, Mogavero appeared on the petition seeking to revoke her supervised release and was released on conditions, including home confinement with electronic monitoring pending a the supervised release revocation hearing, which is currently scheduled for December 27, 2023 at 2:30 p.m..

2.     Government counsel is going to be out of the District on the current December 27th hearing date.

3.     The parties have agreed to continue the supervised release revocation hearing for at least 60 days. Mogavero is under investigation by the FBI for a Covid-19 Relief Funds violation. Mogavero has retained counsel, Mace Yampolsky, Esq., in connection with the fraud matter. The parties have agreed to try to negotiate a global resolution to include the revocation violations and the fraud matter. Assistant Federal Public Defender Nemec has requested access to the discovery in the fraud case and will need additional time to review it before attempting to negotiate the case.

4

4.      If an agreement cannot be reached, the parties will need additional time to adequately prepare for the revocation hearing.

5.      The defendant is at liberty and will not be unduly prejudiced by the brief delay requested herein.

6.      The parties agree to the continuance.

7.      The additional time requested herein is not sought for purposes of delay, but merely to allow the government continuity of counsel and sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

8.      This is the first stipulation to continue the hearing.

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for December 27, 2023, be vacated and continued to March 4, 2024, at 10:00 a.m.

DATED this 15th day of December 2023.

_____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge

5