UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY ANN MOGAVERO,<br><br>  Defendant. | Case No. 2:15-cr-00074-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 143 |

Based on the parties' stipulation IT IS ORDERED that the revocation hearing currently scheduled for Monday, March 4, 2024 at 10:00 a.m., be vacated and continued to May 20, 2024, at 10:30 a.m.

DATED this 1st day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE