**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>KELLY ANN MOGAVERO,<br><br>         Defendant. | Case No. 2:15-cr-00074-JAD-NJK-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, July 29, 2024 at 10:00 a.m., be vacated and continued to October 28, 2024 at the hour of 1:30 p.m.; or to a time and date convenient to the court.

   DATED this 25th day of July, 2024.

_____
Jennifer A. Dorsey
United States District Court