UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY ANN MOGAVERO,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00074-JAD-NJK-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 10, 2025 at 10:00 a.m., be vacated and continued to March 13, 2025 at the hour of 11:30 a.m.; or to a time and date convenient to the court.

　　DATED this 5th day of February, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3