UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY ANN MOGAVERO,<br><br>Defendant. | Case No. 2:15-CR-00074-JAD-NJK<br><br>**Findings of Fact, Conclusions of Law and Order** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The current revocation hearing is scheduled for March 13, 2025.

2. On or about February 13, 2025, the defendant pleaded guilty to one count of Wire Fraud, in violation of 18 U.S.C. § 1343, in case number 2:25-cr-00005-CDS-EJY. Sentencing in that matter is set for May 21, 2025.

3. Both counsel for the defense and counsel for the government need additional time to prepare for the revocation hearing in this case. The parties have agreed to continue the hearing until after the May 21, 2025 sentencing hearing in case number 2:25-cr-00005-CDS-EJY because defense counsel needs additional time to consult with Mogavero and prepare her for the hearing.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow the defense sufficient time within which adequately prepare for the

3

hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

7. This is the eighth stipulation to continue the revocation hearing.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for March 13, 2025 at 11:30 a.m., be vacated and continued to a date and time convenient to this Court, that is on June 2, 2025, at the hour of 11:30 a.m.

DATED this 12th day of March 2025.

_____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge

4